NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of H.A.P. and S.R.L.,
children.

C.L.,

        Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

        Respondent.

Case No. 2D18-2364

Opinion filed August 29, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Kathleen
Hessinger, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Isabelle Tassi,
Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional
Counsel, Clearwater, for Petitioner.

Bernie McCabe, State Attorney, Sixth
Judicial Circuit, and Leslie M. Layne,
Assistant State Attorney, Clearwater,
for Respondent.


PER CURIAM.

        Denied.

CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.